**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 95-7692**

―――――――――

CLARENCE STANLEY SEYMOUR, Maryland House of
Corrections,

                                    Petitioner - Appellant,

        versus

WILLIAM SMITH, Warden, Maryland House of Cor-
rections; ATTORNEY GENERAL OF THE STATE OF
MARYLAND,

                                    Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
94-1970-CCB)

―――――――――

Submitted: February 29, 1996        Decided: March 13, 1996

―――――――――

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Terrell Non Roberts, III, ROBERTS & WOOD, Riverdale, Maryland, for
Appellant. John Joseph Curran, Jr., Attorney General, Ann Norman
Bosse, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. <u>Seymour v. Smith</u>, No. CA-94-1970-CCB (D. Md. Sept. 11, 1995). We deny Petitioner's motion for appointment of counsel at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2